UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>TAHER MOHAMMED ALI MUTHANNA d/b/a TOWER ZONE SMOKE SHOP,<br><br>             Defendant. | Case No. 2:24-cv-01641-CSK<br><br>ORDER FOR RESPONSE and ORDER VACATING HEARING |

Presently pending before the Court is Plaintiff GS Holistic, LLC's motion for default judgment against Defendant Taher Mohammed Ali Muthanna d/b/a Tower Zone Smoke Shop, which was filed on February 4, 2025 and which is set for hearing on April 1, 2025. (ECF No. 11.) Under Local Rule 230(c), Defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, on or by February 18, 2025. Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendant one additional, final opportunity to oppose the motion.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The April 1, 2025 hearing on Plaintiff's motion for default judgment is VACATED;

2. Any opposition or statement of non-opposition by Defendant shall be filed within fourteen (14) days from the date of this order, and the reply brief from Plaintiff, if any, is due ten (10) days thereafter;

3. Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it;

4. Plaintiff shall promptly serve a copy of this order on Defendant at its last-known address, and contemporaneously file a proof of service with the Court that provides the date and manner of service; and

5. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated: March 20, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, gsho1641.24